# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ROGER HUDON, | ) | |
| | ) | |
| Petitioner, | ) | 3:06-cv-0570-JCM-VPC |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF NEVADA, *et al.*, | ) | **ORDER** |
| | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by Roger Hudon, a Nevada prisoner represented by counsel. The court received petitioner's habeas petition on October 25, 2006. (Docket #1). On November 3, 2006, the court appointed the federal public defender to represent petitioner in this habeas action. (Docket #3). Through counsel, petitioner filed the amended habeas petition on October 26, 2007. (Docket #20). Respondents filed a motion to dismiss the petition on January 24, 2008. (Docket #36).

On February 11, 2008, Assistant Federal Public Defender Linda Marie Bell filed an *ex parte* motion to withdraw as counsel for petitioner. (Docket #40). Counsel contends that petitioner Hudon has made representation difficult because he has filed *pro se* documents in this case, including two letters to the court (Docket #34 and #35) and exhibits with a cover note (Docket #38), apparently in opposition to the pending motion to dismiss. The court has determined that

1  petitioner's counsel has not shown good cause to withdraw from representation.  *See* Local Rule IA
2  10-6.  Counsel's withdrawal at this stage of the proceedings would undoubtedly prejudice petitioner.
3  Therefore, counsel's *ex parte* motion to withdraw will be denied and a deadline will be set for
4  counsel to oppose the pending motion to dismiss.  Further, counsel's request for a hearing is denied
5  as unnecessary.

6  With respect to respondents' motion to strike Mr. Hudon's *pro se* exhibits with cover
7  note, the motion is granted, as documents filed on behalf of petitioner must be signed by his counsel
8  of record.  Fed. R. Civ. P. 11.

9  **IT IS THEREFORE ORDERED** that counsel's *ex parte* motion to withdraw as
10 counsel for petitioner (Docket #40) is **DENIED.**

11 **IT IS FURTHER ORDERED** that petitioner's counsel is **GRANTED twenty days**
12 from the date of entry of this order to file a response to the motion to dismiss.  Respondents' reply, if
13 any, shall be file within **eleven days** after service of the response.

14 **IT IS FURTHER ORDERED** that respondents' motion to strike (Docket #43) is
15 **GRANTED**.  Petitioner Hudon's *pro se* filing, exhibits with a cover note (Docket #38), is
16 **STRICKEN** from the record**.**

17 Dated, this 10 day of April, 2008.

_____
UNITED STATES DISTRICT JUDGE

2